*Jacob Snyder* v. *Rensselaer Stafford at al.* E. F. Bullard and M. T. Reynolds, for appellants; J. Ellsworth, for respondent. Order appealed from reversed, and the motion to set aside the sale of the village lot denied, with $15 costs.

*Charles S. De Zeng* v. *Hiran Mann et al.* B. Davis Noxon, for appellant; W. H. Seward, for respondent. Decided that cause-petitions, or those which relate to some suit or proceeding pending in the court, should be entitled in the suit; or at least there should be such a distinct reference in the petition to the suit, and the parties to the same, and the court in which it is pending, as to enable the public prosecutor, in an indictment for perjury, to sustain the allegation that the perjury was committed in swearing to a petition in the particular suit in relation to which the relief was sought.

<div style="margin-left:2em">*Petitions, how to be entitled.*</div>

But that original petitions which do not relate to the proceedings in a suit in court—as in the case of a petition to appoint a general guardian for an infant, or for a commission of lunacy, &c., are in the nature of original bills for relief and need not be entitled upon the face thereof.

Order appealed from reversed, and petition dismissed, but without prejudice to the right to renew the application.

*John R. Brown* v. *Robert Cheesebrough et al.* W. H. Seward, for complainant; J. Rhoades, for defendants. Motion for an injunction, as well as the original application made before the filing of the supplemental bill, denied, with costs to be taxed.

*The Rochester City Bank* v. *Davis Carpenter et al.* H. R. Selden, for complainants; S. Boughton, for defendant. Order appealed from affirmed with costs; with interest on the amount of the fine by way of damages.

*Mary H. Renwick* v. *Robert J. Renwick.* B. F. Butler, for complainant; W. S. Sears and M. T. Reynolds, for defendant. Motion to set aside default, &c., denied, and the order staying proceedings upon the decree discharged.